# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ASHLEY VELA, on behalf of herself and a class, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ITX HEALTHCARE, LLC, )<br>)<br>Defendant. )<br>) | Case No.: 1:21-cv-00703<br>Honorable Judge Steven C. Seeger |

## **DEFENDANT'S STATEMENT**

Defendant ITx Healthcare, LLC, ("Defendant"), by and through its attorneys Gordon Rees Scully Mansukhani, LLP, respectfully submits the following statement in response to the Court's March 4, 2021 Minute Order:

1. Defendant has no information regarding Plaintiff's injury beyond the facts contained in Plaintiff's Complaint.

2. Defendant has no objection to remand at this time.

Dated: March 15, 2021

                                          Respectfully submitted,

                                 By: */s/ Thomas G. Cronin*
                                        Attorney for Defendant, ITX Healthcare, LLC

Thomas G. Cronin, #6282701
**GORDON REES SCULLY MANSUKHANI, LLP**
One North Franklin St., Suite 800
Chicago, IL 60606
Ph. (312) 565-1400
Fax. (312) 565-6511
tcronin@grsm.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2021, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

Respectfully submitted,

By: /s/ Thomas G. Cronin
Attorney for Defendant, ITX Healthcare, LLC

Thomas G. Cronin, #6282701
**GORDON REES SCULLY MANSUKHANI, LLP**
One North Franklin St., Suite 800
Chicago, IL 60606
Ph. (312) 619-4918
Fax. (312) 565-6511
tcronin@grsm.com